UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELIPE PLANES,

       Petitioner,                           CASE NO. 07-CV-14000

v.                                        JUDGE PAUL D. BORMAN
                                           MAGISTRATE JUDGE PAUL KOMIVES

MARY K. BERGHUIS,

       Respondent.
_____/

**ORDER
(1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN
FAVOR OF DENYING RESPONDENT'S MOTION TO DISMISS, AND
(2) REQUIRING RESPONDENT TO FILE AN ANSWER ADDRESSING THE MERITS
OF PETITIONER'S HABEAS CLAIMS**

       Before the Court is Magistrate Judge Paul J. Komives' March 23, 2009 Report and Recommendation in favor of denying Respondent's Motion to Dismiss Petitioner Felipe Planes' application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 as untimely.

       Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby:

       (1)     **ADOPTS** the Magistrate Judge's Report and Recommendation **DENYING** Respondent's Motion to Dismiss, and

       (2)     **ORDERS** the Respondent to file an answer addressing the merits of Petitioner's habeas claims.

**SO ORDERED.**

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: July 31, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2009.

                                                       s/Denise Goodine
                                                       Case Manager